IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CLEMENTINE CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:04-CV-1061-WKW-DRB (WO) |
| | ) | |
| RUSSELL COUNTY BOARD OF EDUCATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On February 14, 2006, the Magistrate Judge filed a Recommendation (Doc. # 28) that the defendants' Motion for Summary Judgment (Doc. # 18) be granted, that judgment be entered against Plaintiff, and that this case be dismissed with prejudice. Plaintiff did not file objections to the Recommendation.

Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The Motion for Summary Judgment is GRANTED; and

3. This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE the 6th day of March, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE