IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLEMENTINE CLARK, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) |
| RUSSELL COUNTY BOARD OF EDUCATION, et al., | ) ) ) |
|     Defendants. | ) ) |

CASE NO. 3:04-CV-1061-WKW-DRB (WO)

# **FINAL JUDGMENT**

In accordance with the order entered on this date, it is the ORDER, JUDGMENT, and DECREE of the Court that:

    1. Judgment be and is hereby entered in favor of the Defendants and against the Plaintiff;

    2. Costs are taxed against the Plaintiff, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE the 6th day of March, 2006.

                                      /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE